BIRD S. COLER, Commissioner of the Department of Public Welfare of the City of New York, on the Complaint of BELLA FRIEDLANDER, Respondent, v. RALPH PECORARO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN KENNEDY and Another, Respondents, v. JAMES BUTLER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Martin, J., dissent on the ground that there was no publication of the letter in question.

MARY FOX, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents on the ground that the verdict is against the weight of the credible evidence.

JOSEPH FOX, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents on the ground that the verdict is against the weight of the credible evidence.

WOLF ELIAS, Respondent, v. ALEXANDER COHEN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY, Respondent, v. HARRIET C. COOGAN, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley, J., dissents.

JAMES T. PHELAN and Another, as Trustees, etc., of JAMES J. PHELAN, Deceased, Respondents, v. NEW YORK TITLE AND MORTGAGE COMPANY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FELIX YOUSSOUPOFF, Appellant, v. JOSEPH E. WIDENER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALFRED FARKAS, as Administrator, etc., of BERTHA FARKAS, Respondent, v. CAMILLE DENIER, Sued as S. DENIER SON, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPHINE MEDIO, as Administratrix, etc., of ANTHONY MEDIO, Deceased, and Another, Respondents, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.